JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. EVANS, | Case No. ED CV 14-2441 R (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

DATED: December 30, 2014

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE